UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE L. PEREZ-LOPEZ,

    Defendant.

Case No: 2: 22-MJ-00989-VCF

ORDER CONTINUING BENCH TRIAL

Based on the pending stipulation of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for June 14, 2023, at the hour of 9:00 a.m., is vacated and continued to August 16, 2023 at 9:00 a.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 5th day of June, 2023.

_____
UNITED STATES MAGISTRATE JUDGE